**SHA-1 Hash:** E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE     **Title**   Tiffany Teenagers in Love
                                                              **Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.66.148.79 | 12/10/2011 6:39 | Bonita | CA | Cox Communications | BitTorrent |
| 2 | 68.111.231.66 | 12/15/2011 7:08 | Escondido | CA | Cox Communications | BitTorrent |
| 3 | 68.8.15.87 | 1/3/2012 14:37 | San Diego | CA | Cox Communications | BitTorrent |
| 4 | 68.8.173.196 | 12/15/2011 3:13 | Spring Valley | CA | Cox Communications | BitTorrent |
| 5 | 68.8.27.116 | 12/28/2011 13:46 | Chula Vista | CA | Cox Communications | BitTorrent |
| 6 | 72.220.164.235 | 12/13/2011 3:35 | San Diego | CA | Cox Communications | BitTorrent |
| 7 | 72.220.176.144 | 12/24/2011 9:55 | San Marcos | CA | Cox Communications | BitTorrent |
| 8 | 72.130.170.159 | 12/17/2011 1:19 | San Diego | CA | Road Runner | BitTorrent |
| 9 | 75.80.134.106 | 1/7/2012 1:59 | San Diego | CA | Road Runner | BitTorrent |
| 10 | 76.176.114.79 | 1/8/2012 4:27 | Carlsbad | CA | Road Runner | BitTorrent |
| 11 | 76.176.21.252 | 1/9/2012 0:03 | Del Mar | CA | Road Runner | BitTorrent |
| 12 | 76.88.63.228 | 11/28/2011 4:35 | San Diego | CA | Road Runner | BitTorrent |
| 13 | 76.88.90.37 | 11/24/2011 4:07 | San Diego | CA | Road Runner | BitTorrent |
| 14 | 76.93.134.91 | 1/8/2012 14:32 | San Diego | CA | Road Runner | BitTorrent |
| 15 | 98.155.78.175 | 12/19/2011 8:02 | San Diego | CA | Road Runner | BitTorrent |

EXHIBIT A

SCA8