UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 15,<br><br>            Defendants. | Case No. 12cv369 DMS (WMc)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE JOHN DOE DEFENDANTS**<br><br>[ECF No. 5] |

On July 5, 2012, the Court held a telephonic conference regarding Plaintiff's Motion for Extension of Time To Serve John Doe Defendants. [ECF No. 5.] Leemore Kushner, Esq., appeared for Plaintiff Malibu Media. After hearing from counsel of record regarding the status of service, the Court finds good cause exists to excuse the present delay in service. *Lemoge v. U.S.*, 587 F.3d 1188, 1198 (9th Cir. 2009). Plaintiff's Motion is **GRANTED**. Plaintiff shall have until **July 13, 2012 to effectuate service of summons and Complaint** upon the Doe Defendants.

**IT IS SO ORDERED.**

DATED: July 6, 2012

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court