Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>                 Plaintiff,<br><br>         v.<br><br>GAN SOUTHGATE,<br><br>                 Defendant. | Case No. 3:12-cv-00369-LAB-DHB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

1  TO THE COURT, DEFENDANT, AND TO HER ATTORNEY OF RECORD:

2     PLEASE TAKE NOTICE that Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Gan Southgate ("Defendant") have agreed to settle this case pursuant to a confidential settlement agreement. The parties anticipate that the settlement will be finalized by October 19, 2012, at which time Plaintiff will file a Notice of Dismissal. Plaintiff requests that the Court vacate all hearings, including the Early Neutral Evaluation scheduled for October 12, 2012 before the Honorable David H. Bartick.

DATED: October 4, 2012                 KUSHNER LAW GROUP

                                            By:     /s/ Leemore L. Kushner
                                                    Leemore L. Kushner
                                                    Attorneys for Plaintiff Malibu Media, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: October 4, 2012          WILLENKEN WILSON LOH & LIEB LLP


By: */s/ Leemore Kushner* .
    Leemore Kushner
    Attorneys for Plaintiff MALIBU MEDIA, LLC